[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13403

Non-Argument Calendar

_____

KENZO ROBERTS,

Petitioner,

*versus*

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A208-054-197

_____

Before NEWSOM, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The 30-day statutory time limit established in the Immigration and Nationality Act ("INA") required Kenzo Roberts to file a petition for review of the September 6, 2023, decision by the Board of Immigration Appeals ("BIA") affirming his order of removal on or before October 6, 2023. *See* INA §§ 101(a)(47), 240(c)(1)(A), 8 U.S.C. §§ 1101(a)(47), 1229a(c)(1)(A); INA § 242(b)(1)-(2), 8 U.S.C. § 1252(b)(1)-(2); *see also Dakane v. U.S. Att'y Gen.*, 399 F.3d 1269, 1272 n.3 (11th Cir. 2005) ("[A] petitioner has 30 days from the date of the final order of removal to seek review in this Court."). However, Roberts did not file a petition for review until October 10, 2023. Thus, the petition for review is untimely as to the BIA decision and we lack jurisdiction to review it. *See* Fed. R. App. P. 15(a)(1).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.